## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **EMRICH C. KENNY, III,**          ) | |
|                                                             ) | |
|         **Plaintiff,**                          ) | |
|                                                             ) | |
| vs.                                                     ) | CIV. ACT. NO. 1:26-cv-23-TFM-MU |
|                                                             ) | |
| **COMMONWEALTH OF VIRGINA,**  ) | |
| *et al.*,                                              ) | |
|                                                             ) | |
|         **Defendants.**                      ) | |

### **MEMORANDUM OPINION AND ORDER**

On January 30, 2026, the Magistrate Judge entered a Report and Recommendation which recommends this action be transferred to the Eastern District of Virginia, Richmond Division. *See* Doc. 4. On February 20, 2026, Plaintiff filed objections which also contains a motion for entry of default and a request for an evidentiary hearing as well as arguments for his motion to amend. *See* Docs. 5, 6. He seeks to add local defendants arguing that they have actively utilized these prefabricated records within this jurisdiction. *Id*. The Report and Recommendation is ripe for review.

Having reviewed the objections and the motion to amend, the Court finds that both are without merit as to the appropriate venue. This Court has no authority over the Commonwealth of Virginia or related agencies in Virginia. The Court finds no error in the Magistrate Judge's well-reasoned analysis. Nor were these issues raised before the entry of the Report and Recommendation. Moreover, the Court finds that it appears to be futile to amend to add the local defendants because it would either be fraudulent joinder or misjoinder. Finally, to the extent Plaintiff believes he has claims against proposed Clerk of Court Ashleigh Long or Judge Hall, he may file a separate lawsuit as to the allegations against them. However, the Court cautions Plaintiff

that he would need to explain how he gets around judicial immunity and quasi-judicial immunity as to those defendants. Regardless, they are not appropriate defendants here and the original case is appropriate to transfer to the Eastern District of Virginia. Therefore, the objections are **OVERRULED** and the motion to amend (Doc. 6) is **DENIED**.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. Accordingly, this case is **TRANSFERRED** to the Eastern District of Virginia, Richmond Division. The Clerk of Court is **DIRECTED** to effectuate the transfer and to close this case.

**DONE** and **ORDERED** this 9th day of March, 2026.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE